

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2020

No. 04-20-00363-CV

**IN RE PERMIAN HIGHWAY PIPELINE, LLC,**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15945
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Panel:     Rebeca C. Martinez, Justice
           Luz Elena D. Chapa, Justice
           Beth Watkins, Justice

The Unopposed First Motion for Extension of Time to File Response to Petition for Writ of Mandamus.  The response is due on August 13, 2020.

**PER CURIAM**

Attested to: _____
MICHAEL A. CRUZ, Clerk of Court

